| **United States Bankruptcy Court**<br>**Middle District of Florida, Tampa Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Woodlawn Apartments, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Woodlawn Park Apartments; AKA Woodlawn Apartments or; FKA Martinique Partners, Ltd.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-0733945** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1626 18th Avenue North**<br>**Saint Petersburg, FL**<br>ZIP Code **33713** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**402 11th Street North**<br>**Naples, FL**<br>ZIP Code **34102** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Woodlawn Apartments, LP** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.
</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)      (Date)
</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Woodlawn Apartments, LP** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Attorney for Debtor(s)

**Amy D. Harris, Bar No. 634506**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**

Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

**May  7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Barfield Bay Holdings, Inc., General Partner**
Printed Name of Authorized Individual

**Ronald L. Glas, President of Barfield Bay Holdings, Inc.**
Title of Authorized Individual

**May  7, 2010**
Date

In re    **Woodlawn Apartments, LP**                                           Case No. _____
_____,
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Amberton Apartments, LLC**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-03402**<br>**Common owner/member int.** | **02/18/10**<br>**K. Rodney May** |
| **Brentwood Apartments Tampa, LLC**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-03334**<br>**Common owner/member int.** | **02/17/10**<br>**K. Rodney May** |
| **Brookside Tampa, LLC**<br>**Middle District of Florida, Tampa Division** | **8:09-bk-28510**<br>**Common owner/member int.** | **12/15/09**<br>**K. Rodney May** |
| **Central Park II, LLC**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-2/19/10**<br>**Common owner/member int.** | **02/19/10**<br>**K. Rodney May** |
| **Central Park/Vogue Limited Partnership**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-03566**<br>**Common owner/member int.** | **02/19/10**<br>**K. Rodney May** |
| **Lincoln Square Lakeland, LLC**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-8756-KRM**<br>**Commown owner/member int.** | **04/15/10**<br>**K. Rodney May** |
| **Norton Clearwater Limited Partnership**<br>**Middle District of Florida, Tampa Division** | **Commown owner/member int.** | **05/07/10** |
| **Oakwood Palmetto, LLC**<br>**Middle District of Florida, Tampa Division** | **Commown owner/member int.** | **05/07/10** |
| **Palma Ceia Apartments, LLC**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-00166**<br>**Common owner/member int.** | **01/06/10**<br>**K. Rodney May** |
| **River Park Naples Limited Partnership**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-01837**<br>**Common owner/member int.** | **01/28/10**<br>**K. Rodney May** |
| **RSG Family - RiverTree Landing Apartments, LLC**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-03604**<br>**Common owner/member int.** | **02/19/10**<br>**K. Rodney May** |
| **RSG Family Limited Partnership - Immokalee**<br>**Middle District of Florida, Tampa Division** | **Commown owner/member int.** | **05/07/10** |
| **Terrace Point Apartments I, LLC**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-7946**<br>**Common owner/member int.** | **04/05/10**<br>**K. Rodney May** |
| **Terrace Point Apartments II, LLC**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-7947**<br>**Common owner/member int.** | **04/05/10**<br>**K. Rodney May** |
| **Terrace Point Apartments III, LLC**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-7949**<br>**Common owner/member int.** | **04/05/10**<br>**K. Rodney May** |
| **The RSG Family Limited Partnership - Gordon River**<br>**Middle District of Florida, Tampa Division** | **8:10-bk-01843**<br>**Common owner/member int.** | **01/28/10**<br>**K. Rodney May** |

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **Woodlawn Apartments, LP**                Case No. _____

                                  Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Chadwell Supply**<br>**PO Box 1447**<br>**Brandon, FL 33509** | **Chadwell Supply**<br>**PO Box 1447**<br>**Brandon, FL 33509** | **Trade Debt** | | **30,692.39** |
| **HD Facilities Maintenance**<br>**P.O.Box 509058**<br>**San Diego, CA 92150** | **HD Facilities Maintenance**<br>**P.O.Box 509058**<br>**San Diego, CA 92150** | **Trade Debt** | | **29,285.89** |
| **Certified Protective Service**<br>**711 South Howard Ave Suite 200**<br>**Tampa, FL 33606** | **Certified Protective Service**<br>**711 South Howard Ave Suite 200**<br>**Tampa, FL 33606** | **Trade Debt** | | **10,416.45** |
| **All Star Carpet Services**<br>**PO Box 196047**<br>**Winter Springs, FL 32719** | **All Star Carpet Services**<br>**PO Box 196047**<br>**Winter Springs, FL 32719** | **Trade Debt** | | **8,845.00** |
| **1st Florida Termite & Pest Co**<br>**5271 57th Street North**<br>**Kenneth City, FL 33709** | **1st Florida Termite & Pest Co**<br>**5271 57th Street North**<br>**Kenneth City, FL 33709** | **Trade Debt** | | **5,840.00** |
| **Edward J. Aiosa, P.A. Trust A**<br>**10225 Ulmerton Road**<br>**Suite 5-B**<br>**Largo, FL 33771** | **Edward J. Aiosa, P.A. Trust A**<br>**10225 Ulmerton Road**<br>**Suite 5-B**<br>**Largo, FL 33771** | **Trade Debt** | | **5,325.35** |
| **Barfield, McCain PA**<br>**2809 Poinsettia Avenue**<br>**West Palm Beach, FL 33407** | **Barfield, McCain PA**<br>**2809 Poinsettia Avenue**<br>**West Palm Beach, FL 33407** | **Attorney** | | **3,560.00** |
| **Teco-Peoples Gas**<br>**P.O. Box 31017**<br>**Tampa, FL 33631** | **Teco-Peoples Gas**<br>**P.O. Box 31017**<br>**Tampa, FL 33631** | **Utility-Gas** | | **3,348.21** |
| **Sunset Land Care**<br>**1407 Wild Rose Drive**<br>**Lutz, FL 33549** | **Sunset Land Care**<br>**1407 Wild Rose Drive**<br>**Lutz, FL 33549** | **Trade Debt** | | **3,200.00** |
| **Vertex**<br>**5901 Benjamin Center Drive**<br>**Suite 110**<br>**Tampa, FL 33634** | **Vertex**<br>**5901 Benjamin Center Drive**<br>**Suite 110**<br>**Tampa, FL 33634** | **Trade Debt** | | **2,232.00** |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **LexisNexis Screening Solutions P.O.Box 730694 Dallas, TX 75373** | **LexisNexis Screening Solutions P.O.Box 730694 Dallas, TX 75373** | **Trade Debt** | | **2,115.00** |
| **Commercial Maintenance Service PO Box 76160 St Petersburg, FL 33734** | **Commercial Maintenance Service PO Box 76160 St Petersburg, FL 33734** | **Trade Debt** | | **1,495.00** |
| **Alex's Carpet Cleaning, Inc. PO Box 7685 St. Petersburg, FL 33734** | **Alex's Carpet Cleaning, Inc. PO Box 7685 St. Petersburg, FL 33734** | **Trade Debt** | | **1,190.00** |
| **ART Pest Control Services 776 A East Prospect Road Oakland Park, FL 33334** | **ART Pest Control Services 776 A East Prospect Road Oakland Park, FL 33334** | **Trade Debt** | | **861.00** |
| **Ferrellgas P.O.Box 173940 Denver, CO 80217** | **Ferrellgas P.O.Box 173940 Denver, CO 80217** | **Utility-Gas** | | **385.35** |
| **ADT Security Services P.O. Box 371967 Pittsburgh, PA 15250** | **ADT Security Services P.O. Box 371967 Pittsburgh, PA 15250** | **Utility-Security Alarm** | | **305.30** |
| **Suarez Bath Tub & Counter Repair 7603 Canyon Ct. Tampa, FL 33615** | **Suarez Bath Tub & Counter Repair 7603 Canyon Ct. Tampa, FL 33615** | **Trade Debt** | | **290.00** |
| **ATB Carpet Care Service 6403 N 50th Street Tampa, FL 33610** | **ATB Carpet Care Service 6403 N 50th Street Tampa, FL 33610** | **Trade Debt** | | **140.00** |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Ronald L. Glas, President of Barfield Bay Holdings, Inc., the general partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 7, 2010**          Signature _____

**Barfield Bay Holdings, General Partner**
**Ronald L. Glas, President, Barfield Bay Holdings**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

1st Florida Termite & Pest Co
5271 57th Street North
Kenneth City, FL 33709

ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250

Alex's Carpet Cleaning, Inc.
PO Box 7685
St. Petersburg, FL 33734

All Star Carpet Services
PO Box 196047
Winter Springs, FL 32719

ART Pest Control Services
776 A East Prospect Road
Oakland Park, FL 33334

ATB Carpet Care Service
6403 N 50th Street
Tampa, FL 33610

Barfield Bay Payroll Account
P.O. Box 990460
Naples, FL 34116

Barfield Bay Properties, Inc.
P.O. Box 990460
Naples, FL 34116

Barfield, McCain PA
2809 Poinsettia Avenue
West Palm Beach, FL 33407

Brookside Apartments
P.O. Box 990460
Naples, FL 34116

Certified Protective Service
711 South Howard Ave  Suite 200
Tampa, FL 33606

Chadwell Supply
PO Box 1447
Brandon, FL 33509

City National Bank
P.O. Box 60938
Los Angeles, CA 90060-0938

Commercial Maintenance Service
PO Box 76160
St Petersburg, FL 33734

Edward J. Aiosa, P.A. Trust A
10225 Ulmerton Road
Suite 5-B
Largo, FL 33771

Ferrellgas
P.O.Box 173940
Denver, CO 80217

Ronald L. Glas
P.O. Box 990460
Naples, FL 34116

HD Facilities Maintenance
P.O.Box 509058
San Diego, CA 92150

Imperial Capital Bank
500 N Brand Blvd  Suite 1500
Glendale, CA 91203

LexisNexis Screening Solutions
P.O.Box 730694
Dallas, TX 75373

LPS Property Tax Solutions
f/k/a FNIS Fidelity
4529 Lambright Street
Tampa, FL 33614

Martin's Landing Apartments
P.O. Box 990460
Naples, FL 34116

Oak Haven Apartments
P.O. Box 990460
Naples, FL 34116

Oakwood Village Apartments
P.O. Box 990460
Naples, FL 34116

Pinellas County Tax Collector
P.O. Box 10832
Clearwater, FL 33757

RiverTree Apts.
P.O. Box 990460
Naples, FL 34116

Suarez Bath Tub & Counter
   Repair
7603 Canyon Ct.
Tampa, FL 33615

Sunset Land Care
1407 Wild Rose Drive
Lutz, FL 33549

Teco-Peoples Gas
P.O. Box 31017
Tampa, FL 33631

Vertex
5901 Benjamin Center Drive
Suite 110
Tampa, FL 33634